UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
2024 APR 25 PM 2:01
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LOPEZ-CABRERA,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(C)<br>21 U.S.C. § 846 |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)

From in or about December 2022, and continuing to in or about November 2023, in the Southern District of Ohio, the defendant, **JOSE LOPEZ-CABRERA,** did knowingly, intentionally and unlawfully combine, conspire, confederate, and agree with other individuals, both known and unknown to the Grand Jury, to distribute and to possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II controlled substance, a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, a mixture and substance containing a detectible amount of heroin, a Schedule I controlled substance, and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C).**

1

A TRUE BILL.

*s/Foreperson*

_____
**FOREPERSON**

**KENNETH L. PARKER**
**United States Attorney**

_____
**NICOLE PAKIZ (0096242)**
**Assistant United States Attorney**

_____
**JENNIFER M. RAUSCH (0075138)**
**Assistant United States Attorney**